# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 13-MJ-519-DUTY | Date March 14, 2013 |

Present: The Honorable VICTOR B. KENTON, UNITED STATES MAGISTRATE JUDGE

Interpreter N/A

| Roxanne Horan | | Mark Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gilbert Leroy Madison | | x | | Irwin Mark Bledstein | | | |

**Proceedings:** Order Denying Ex Parte Motion to Amend Conditions of Release

The Court has received an "Order on Motion for Appeal of Release of Defendant Pursuant to 18 U.S.C. § 3142(f) and to Stay Proposed Release Order." Based thereon, Defendant's Ex Parte Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

                                                                                                   :

Initials of Deputy Clerk      RH